# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **SPEECH TRANSCRIPTION, LLC**<br><br>**Plaintiff**<br><br>v.<br><br>**SOPHOS, LTD.,**<br><br>**Defendant.** | **Case No. 3:23-cv-01520**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Speech Transcription, LLC respectfully submits this notice of voluntary dismissal with prejudice of Sophos, Ltd.

Dated:  August 23, 2023               Respectfully submitted,


*/s/ Christopher A. Honea*
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com

**GARTEISER HONEA PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Tel: (903) 705-7420
Fax: (903) 405-3999

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 23rd day of August, 2023.

                                            */s/ Christopher A. Honea*
                                            Christopher A. Honea